UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Mary M. Buffie, Plaintiff, v. Home Depot U.S.A., Inc., Defendant. | ) | Court File No.: 00-121 RHK/JMM |
| | | **STIPULATION AND ORDER** |

The parties hereto, by and through their attorneys, do hereby stipulate that Defendant is granted an extension of time to answer or otherwise plead in response to Plaintiff's Complaint, which response shall be served and filed on or before January 25, 2000.

Dated: 1/20/2000

NICHOLS, KASTER & ANDERSON

By: ______________________
Donald H. Nichols Reg. No. 78918
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
(612) 338-1919

ATTORNEY FOR PLAINTIFF

Dated: January 14, 2000

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.

By: Kristin Jones Pierre
Donald M. Lewis Reg. No. 62844
Kristin Jones Pierre Reg. No. 239045
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR DEFENDANT

JAN 25 2000
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______
RECEIVED

DN: 75992

**ORDER**

IT IS SO ORDERED:

Dated: 1/24/00

United States Magistrate Judge

DN: 75992

For Immediate Release
January 3, 2000

# PRESS RELEASE

UNITED STATES DISTRICT COURT

Contact: Francis E. Dosal, Clerk
(651) 848-1100

## FEDERAL COURT ADOPTS AMENDMENTS TO LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the adoption of several amendments to its local rules of practice. The changes were recommended by the Court's Local Rules Committee chaired by Minneapolis Attorney Cliff Greene of the law firm Greene Espel.

As required by federal statute, the proposed revisions were posted for public review and comment in late 1999. Following consideration of the comments received, the proposed rules were adopted unanimously by the Court to be effective January 3, 2000. The proposed amendments are as follows:

- **LR 5.1**
  Amendments to LR 5.1 and LR 5.2 regarding filing procedures.

- **LR 7.1(b)(2)**
  A new advisory committee's note regarding evidentiary materials submitted with reply briefs.

- **LR 16.1**
  Amendments in response to the requirements of the Alternative Dispute Resolution Act of 1998.

- **LR 83.13**
  New rule regarding the discipline of court appointees.

The amendments to the Local Rules may be obtained in the Office of the Clerk of Court in either St. Paul, Minneapolis or Duluth; by contacting the Clerk of Court at the address below; or online through the Update Service of Westlaw.

Francis E. Dosal, Clerk
U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100