UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARY M. BUFFIE, CIVIL NO. 00-121 (RHK/JMM)

Plaintiff,

v. ORDER

HOME DEPOT USA, INC.,

Defendant.

The above matter came on for hearing before the undersigned on September 25, 2000 upon Plaintiff's Motion to Compel Responses to Discovery Requests [Docket No. 15]. Donald Nichols, Esq. appeared for Plaintiff; Kristin Jones Pierre, Esq. appeared for Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Responses to Discovery Requests [Docket No. 15] is denied for the reasons placed on the record.

Dated: September 25, 2000

JOHN M. MASON
United States Magistrate Judge

SEP 25 2000
FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________