UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mary Buffie, Plaintiff, v. Home Depot, U.S.A., Inc., Defendant. | Civil No. 00-123 (RHK/JMM) **VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Mary Buffie and Defendant Home Depot, U.S.A., Inc. voluntarily stipulate that the captioned case be, and hereby is DISMISSED WITH PREJUDICE, with each party to bear her or its own costs

This 13th day of December, 2000.

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By Kristin Jones Pierre
Donald M. Lewis Reg. No. 62844
Kristin Jones Pierre Reg. No. 239045
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
Telephone: (612) 338-1838

ATTORNEYS FOR DEFENDANT

NICHOLS, KASTER & ANDERSON

By ______________________
Donald H. Nichols, Reg. No. 78918
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ATTORNEY FOR PLAINTIFF

Based upon the above Stipulation of counsel, all claims may be dismissed from the above-entitled action with prejudice and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: 12/17, 2000

______________________
Judge of U.S. District Court

FILED DEC 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD DEC 18 2000
DEPUTY CLERK ________

DN: 101787